United States Court of Appeals
Fifth Circuit

**F I L E D**

**July 17, 2003**

Charles R. Fulbruge III
Clerk

IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

No. 01-31026

TRAVIS PACE

Plaintiff-Appellant

versus

THE BOGALUSA CITY SCHOOL BOARD; LOUISIANA STATE BOARD OF
ELEMENTARY AND SECONDARY EDUCATION; THE LOUISIANA DEPARTMENT OF
EDUCATION; THE STATE OF LOUISIANA

Defendants-Appellees

- - - - -
Appeal from the United States District Court for the
Eastern District of Louisiana
- - - - -

ON PETITIONS FOR REHEARING EN BANC

(Opinion March 24, 2003, 5 Cir., 2003, _____F.3d____)

BEFORE:  KING, Chief Judge, JOLLY, HIGGINBOTHAM, DAVIS, JONES,
         SMITH, WIENER, BARKSDALE, EMILIO M. GARZA, DeMOSS,
         BENAVIDES, STEWART, DENNIS and PRADO, Circuit Judges.[1]

BY THE COURT:

A member of the Court in active service having requested a poll on the petitions for rehearing en banc and a majority of the judges in active service having voted in favor of granting a rehearing en banc,

IT IS ORDERED that this cause shall be reheard by the

_____

[1]Judge Clement is recused and did not participate in this decision.

court en banc with oral argument on a date hereafter to be fixed. The Clerk will specify a briefing schedule for the filing of supplemental briefs.